MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**Unclaimed Dividends/Distribution Less Than $5**
**For Deposit to Registry Fund**

Debtor: Bruce A. Nedegaard

Chapter 7 Case No. 06-42800-RJK

Please Check One:

xxx    Unclaimed Dividends

____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 288.07 |

DATED: March 3, 2010

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)
07-087



Printed: 03/03/10 01:49 PM

# Stale Check Report

Page: 1

**Trustee:** Julia A. Christians (430040)
**Case:** 06-42800 - NEDEGAARD, BRUCE A

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 312-1742235-66 | 143 | 03/03/10 | US BANKRUPTCY COURT REGISTRY FUNDS | | | | $288.07 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 68 | 108 | 02/27/08 | 200 | CRAIG NEDEGAARD<br>C/O CLARK M IVERSON,ZAPPIA & LEVAHN<br>941 HILLWIND RD NE STE 301<br>MINNEAPOLIS, MN 55432 | 250.00 | 250.00 | 250.00 | 250.00 |
| 56 | 138 | 06/27/07 | 610 | M&I MARSHALL & ILSLEY BANK<br>ATTN RETAIL COLLECTIONS BRK-180-RC<br>770 N WATER ST<br>MILWAUKEE, WI 53202-3593 | 2,508.92 | 2,508.92 | 38.07 | 38.07 |

(*) Denotes objection to Amount Filed