MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED
11 APR -7 AM 9:33
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

**Unclaimed Dividends/Distribution Less Than $5
For Deposit to Registry Fund**

Debtor: Bruce A. Nedegaard

Chapter 7 Case No. 06-42800-RJK

Please Check One:

____ Unclaimed Dividends

xxx Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Claims Distribution Small Checks | | | 10.41 |

DATED: April 6, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)
07-087

# Claims Distribution Small Checks

**Case:** 06-42800 - NEDEGAARD, BRUCE A

**Trustee: Julia A. Christians (430040)**

| Account No. | Check No. | Issued | | | | Check Amount: | $10.41 |
|---|---|---|---|---|---|---|---|
| 920001742235567 | 120 | 04/06/11 | | | | | |
| | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date / Small Payment |
| Payee: | | | | U.S. Bankruptcy Court Registry Funds | | | 19.26 / 3.46 |
| | 5 | 04/03/07 | 610 | HOLIDAY COMMERCIAL<br>PO BOX 1216<br>MINNEAPOLIS, MN 55440 | 1,040.63 | 1,040.63 | |
| | 17 | 04/11/07 | 610 | THE FOURSOME<br>841 EAST LAKE ST<br>WAYZATA, MN 55391 | 331.24 | 331.24 | 6.13 / 1.10 |
| | 37 | 04/24/07 | 610 | SUMMER RAIN INC<br>5705 LAWNDALE LN<br>PLYMOUTH, MN 55446 | 489.57 | 489.57 | 9.06 / 1.63 |
| | 38 | 04/24/07 | 610 | SUMMER RAIN INC<br>5705 LAWNDALE LN<br>PLYMOUTH, MN 55446 | 1,125.00 | 1,125.00 | 20.82 / 3.75 |
| | 41 | 05/01/07 | 610 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 127.38 | 127.38 | 2.36 / 0.43 |
| | 43 | 05/03/07 | 610 | CITY OF PLYMOUTH<br>FINANCE DEPARTMENT<br>3400 PLYMOUTH BLVD<br>PLYMOUTH, MN 55447-1448 | 12.14 | 12.14 | 0.22 / 0.04 |

(*) Denotes objection to Amount Filed